IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROUNDMUP, LLC D/B/A LASSO,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 19-cv-1604 (JNE/HB)<br><br><br><br>**DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Facebook, Inc. hereby respectfully moves this Court for an order dismissing Plaintiff RoundmUp, LLC d/b/a Lasso's Complaint (ECF 1) for lack of personal jurisdiction.

Date:  September 3, 2019

s/ Robert J. Gilbertson
Robert J. Gilbertson (Reg. No. 22361X)
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone:  (612) 373-0830
Email:  BGilbertson@GreeneEspel.com

and

Dennis L. Wilson (*pro hac vice forthcoming*)
Caroline Y. Barbee (*pro hac vice forthcoming*)
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Blvd. PH Suite
Beverly Hills, CA 90212-2018
Telephone:  (310) 248-3830
Email:  dwilson@kilpatricktownsend.com
cbarbee@kilpatricktownsend.com

*Attorneys for Defendant Facebook, Inc.*