IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ROUNDMUP, LLC D/B/A LASSO,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 19-cv-1604 (JNE/HB)<br><br>**DEFENDANT FACEBOOK, INC.'S MEET AND CONFER STATEMENT** |

The undersigned counsel for Defendant Facebook, Inc. ("Facebook") hereby certifies that counsel met and conferred with Plaintiff RoundmUp, LLC d/b/a Lasso's counsel on September 3, 2019, regarding Facebook's Motion to Dismiss for Lack of Personal Jurisdiction. The parties did not reach agreement on the resolution of any part of the Motion.

Date:  September 3, 2019      s/ Robert J. Gilbertson
                                               Robert J. Gilbertson (Reg. No. 22361X)
                                               GREENE ESPEL PLLP
                                               222 S. Ninth Street, Suite 2200
                                               Minneapolis, MN 55402
                                               Telephone:  (612) 373-0830
                                               Email:       BGilbertson@GreeneEspel.com

and

Dennis L. Wilson (*pro hac vice forthcoming*)
Caroline Y. Barbee (*pro hac vice forthcoming*)
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Blvd.
Beverly Hills, CA 90212-2018
Telephone:  (310) 248-3830
Email:       dwilson@kilpatricktownsend.com
                    cbarbee@kilpatricktownsend.com

*Attorneys for Defendant Facebook, Inc.*

2