# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| RoundmUp, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Facebook, Inc.,<br><br>　　　　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | **COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge<br><br>Case No:　　　　　19-cv-1604 (JNE/HB)<br>Date:　　　　　　November 07, 2019<br>Deputy:　　　　　Catherine B. Cusack<br>Court Reporter:　Maria V. Weinbeck<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　 12W<br>Time Commenced:　11:11 AM<br>Time Concluded:　11:30 AM<br>Time in Court:　 19 minutes |

Hearing on: **Defendant Facebook's Motion to Dismiss [Dkt. No. 8]**

APPEARANCES:

　　Plaintiff:　　　No appearance
　　Defendant:　　Dennis L. Wilson, Nichole D. Chollet, Robert J. Gilbertson

PROCEEDINGS:

**Facebook's motion was argued and granted for the reasons stated on the record; all claims against Facebook are dismissed without prejudice.**

**\*\***IT IS ORDERED:

　　☐ **Submitted**　　　☒ **Granted**　　　☐ **Denied**
　　☐ Brief time set:
　　☒ Written order forthcoming.

　s/N. Chethana Perera　<br>
Law Clerk